STAMFORD WATER COMPANY *v.* ZONING BOARD OF
APPEALS OF THE CITY OF STAMFORD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Gordon R. Paterson,* in support of the petition.

*John E. Smyth,* assistant corporation counsel, in opposition.

Submitted January 28—decided February 16, 1977

F. P. CARABILLO CONSTRUCTION COMPANY *v.* COVENANT
INSURANCE COMPANY

The plaintiff's motion, dated December 7, 1976, to strike the defendant's motion to correct the finding in the appeal from the Superior Court in Hartford County is denied.

The plaintiff's motion, dated December 7, 1976, for a review of the rectification of the record in the appeal from the Superior Court in Hartford County is granted and the relief requested is denied.

*William R. Moller,* in support of the motions.

Submitted February 2—decided February 16, 1977

LAWRENCE A. LEIFERT ET AL. *v.* MASONITE
CORPORATION

The defendant's petition for certification for appeal from the Court of Common Pleas in Litchfield County is denied.

*Edward W. Manasse,* in support of the petition.

*Thomas F. Wall, Jr.,* in opposition.

Submitted February 2—decided February 16, 1977